FILED

2016 SEP 28 AM 10: 49

U.S. BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

Certificate Number: 14751-SC-CC-027254844

14751-SC-CC-027254844

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 8, 2016, at 9:50 o'clock PM PDT, Vito A Laera received from $0$ BK Class Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of South Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 8, 2016                    By:    /s/AMEY AIONO

                                         Name:  AMEY AIONO

                                         Title: Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).