**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **VITO ANTONIO LAERA**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1474**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of South Carolina** | | Date case filed for chapter  **7**   **9/28/16** |
| Case number:   **16–04887–hb** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | VITO ANTONIO LAERA | |
| 2. | **All other names used in the last 8 years** | aka VITO LAERA, aka VITO ANTONIO LAERA | |
| 3. | **Address** | Calle 2da #15 interior<br>Entre Estrada Palma y Central<br>MAMBI GUANABACOA<br>Habana, Cuba, CU 00000 | |
| 4. | **Debtor's attorney**<br>Name and address | None | |
| 5. | **Bankruptcy trustee**<br>Name and address | John K Fort<br>PO Box 789<br>Drayton, SC 29333 | Contact phone 864–237–8284<br>Email: trustee863@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201-2423 | Hours open 9:00 am – 5:00 pm<br><br>Contact phone: 803–765–5436<br><br>Date: 9/28/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 21, 2016 at 09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification required** *** | Location: **Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306–2355** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/20/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Dismissal Notice** | This case may be dismissed without further notice or hearing should the debtor fail to comply with SC LBR 1017–2 (providing for dismissal for a failure to: pay the applicable filing fee, file or provide documents, or attend the meeting of creditors). | |
| **14. Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |

United States Bankruptcy Court
District of South Carolina

In re:                                                                          Case No. 16-04887-hb
VITO ANTONIO LAERA                                                              Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0420-7          User: greene              Page 1 of 1             Date Rcvd: Sep 28, 2016
                              Form ID: b309a           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db              VITO ANTONIO LAERA,    Calle 2da #15 interior,   Entre Estrada Palma y Central,
                 MAMBI GUANABACOA,    Habana, Cuba, CU  00000
543087997      +EAGLE FIRE INC,    570 GRIFFITH ROAD,    CHARLOTTE   NC 28217-3546
543087990      +FERRARI FINANCIAL SERVICES,    250 SYLVAN AVENUE,    ENGLEWOOD CLIFFS   NJ 07632-2527
543087993      +GTI SERVICE CORP,    419 YORK SOUTHERN ROAD,    FORT MILL   SC 29715-7709
543087995       JIANGMEN SPEED STAINLESS STEEL PRODUCTS CO LTD,    CHUANGLILAI INDUSTRY DIST DAZE XINHUI,
                 JIANGMEN GUANGDONG 529162 CHINA
543088001      +SUPPLYONE ROCKWELL INC,    729 PALMER ROAD,    ROCKWELL   NC 28138-8578
543087996      +SUZETE LEFEBVRE,    1516 GLENN VALLEY DRIVE,    MATTHEWS   NC 28105-6861
543088000      +TERMINEX SERVICE INC,    920 BLACKMON STREET,    ROCK HILL   SC 29730-6287
543087992      +THE UNITED STATES OF AMERICA INCLUDING,    ALL ITS AGENCIES AND BRANCHES,   1441 MAIN STREET,
                 SUITE 500,    COLUMBIA   SC 29201-2897
543087994       XINHE STAINLESS STEEL PRODUCTS CO LTD,    NO 27-28, PAOTAI ROAD,
                 JIANGMEN GUANGDONG 529162 CHINA
543087999      +YORK COUNTY WATER AND SEWER,    1070 HECKLE BLVD,    SUITE 101 BOX 10,   ROCK HILL  SC 29732-2863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BJKFORT.COM Sep 28 2016 21:58:00      John K Fort,   PO Box 789,   Drayton, SC 29333-0717
ust             +E-mail/Text: ustpregion04.co.ecf@usdoj.gov Sep 28 2016 22:03:30      US Trustee's Office,
                 Strom Thurmond Federal Building,    1835 Assembly St.,   Suite 953,   Columbia, SC 29201-2448
543087989      +EDI: GMACFS.COM Sep 28 2016 21:58:00      ALLY FINANCIAL,   PO BOX 380901,
                 BLOOMINGTON  MN 55438-0901
543087998       EDI: AMEREXPR.COM Sep 28 2016 21:58:00      AMERICAN EXPRESS,   1801 NW 66TH AVENUE,
                 SUITE 103A,    PLANTATION FLORIDA  33313-4571
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
543087991       BLANCO GMBH+CO.KG,    FLEHINGER STR 59,   D-75038 OBERDERDINGEN
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              John K Fort    trustee863@gmail.com, SC01@ecfcbis.com
              US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 2