**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  16–04887–hb                                        Chapter:  7

**In re:**

VITO ANTONIO LAERA
aka VITO LAERA, aka VITO ANTONIO LAERA

| |
|---|
| **Filed By The Court** |
| **09/28/16** |
| **Laura A. Austin** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**NOTICE OF FILING(S) DUE**

In the above referenced case, a petition was filed on **09/28/16.**

Please take notice that pursuant to Fed. R. Bankr. P., and the SC LBR, the following documents(s) must be filed within the time periods set forth therein, or the case may be dismissed without further notice or hearing.

> **Missing Documents:**
> **Schedule A/B due 10/12/2016**
> **Schedule C due 10/12/2016**
> **Schedule D due 10/12/2016**
> **Schedule E/F due 10/12/2016**
> **Schedule G due 10/12/2016**
> **Summary of Schedules due 10/12/2016**
> **Schedule H due 10/12/2016**
> **Stmt of Increase Income/Exp. due 10/12/2016**
> **Schedule I due 10/12/2016**
> **Schedule J due 10/12/2016**
> **Stmt of Financial Affairs due 10/12/2016**
> **Ch 7 Stmt of Income/Means Test due 10/12/2016**
> **Copies of Payment Advices due 10/12/2016**
> **Statement of Intent Due  10/28/16**

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By:  R Richardson, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

See page 2 – Explanation of Notices of Filings Due

## EXPLANATION OF NOTICES OF FILINGS DUE

Please take notice that pursuant to 11 U.S.C. § 521(b), the following document must be filed within the time periods set forth therein or the case may be dismissed without further notice or hearing.

- **Certificate of Credit Counseling:**  A pre–bankruptcy counseling session with an approved credit counseling organization should be completed. Once completed, a certificate must be obtained. A list of approved nonprofit budget and credit counseling agencies may be found on the Court's web page at www.scb.uscourts.gov, "Filing Without an Attorney."

Please take notice that pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and 1019, and the local rules of this Court, the following documents must be filed within the time periods set forth therein or the case may be dismissed without further notice or hearing pursuant to SC LBR 1017–2.

- **Schedules A–J:**  Schedules A–J are Official Forms that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Financial Affairs:**  A statement of the debtor's financial affairs is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Income/Means Test (Chapter 7), Stmt of Current Income (Chapter 11), Stmt of Income/Calculation (Chapter 13):**
  A statement of the amount of monthly net income, itemized to show how the amount is calculated, may be satisfied by Official Forms B22A – B22C (depending on the chapter) that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Copies of Payment Advices:**  Copies of paystubs or other evidence of payment received from any employer of the debtor within sixty (60) days before the filing of the petition.

- **342(b) Consumer Debtor Notice:**  A certificate indicating that debtor's attorney or bankruptcy petition preparer delivered to debtor the notice required by 11 U.S.C. § 342(b), or if no attorney or bankruptcy petition preparer is indicated on the petition, a certification by the debtor that such notice was received and read by the debtor. The notice required by 11 U.S.C. § 342(b) is a notice to an individual whose debts are primarily consumer debts and can be certified using Form B 201, Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code, that is posted for public viewing in the Clerk's Office and may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Increase Income/Exp.:**  A statement disclosing any reasonably anticipated increase in income or expenditures for twelve (12) months following the filing of the petition. A statement may be sufficient or this requirement may be satisfied by completion of both Question 13 on Schedule I and Question 24 on Schedule J (if none, so indicate in the statement or on Schedules I and J).

- **Statement of Intent:**  A Chapter 7 Individual Debtor's Statement of Intention is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

Please take notice that pursuant to Fed. R. Bankr. P. 3015(b), the following document must be filed within the time periods set forth therein or the case may be dismissed without further notice or hearing pursuant to SC LBR 1017–2.

- **Chapter 13 Plan:**  The Notice, Chapter 13 Plan and Related Motions is a form that must be filed in each Chapter 13 case filed in this district. This form may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

United States Bankruptcy Court
District of South Carolina

In re:                                                          Case No. 16-04887-hb
VITO ANTONIO LAERA                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-7        User: richardso        Page 1 of 1        Date Rcvd: Sep 29, 2016
                           Form ID: 184BNC         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db              VITO ANTONIO LAERA,    Calle 2da #15 interior,    Entre Estrada Palma y Central,
                MAMBI GUANABACOA,    Habana, Cuba, CU  00000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
              John K Fort    trustee863@gmail.com,  SC01@ecfcbis.com
              US  Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                    TOTAL: 2