**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 16–04887–hb                               Chapter: 7

**In re:**
 VITO ANTONIO LAERA
 aka VITO LAERA, aka VITO ANTONIO LAERA

| Entered By The Court 9/30/16 | **ORDER TO PAY FILING FEE IN INSTALLMENTS** | **Filed By The Court** 9/30/16 Laura A. Austin Clerk of Court US Bankruptcy Court |
|---|---|---|

The matter before the Court is the Application for Individuals to Pay the Filing Fee in Installments. After consideration of the application, it appears that the debtor(s) cannot afford to make a lump sum payment of the entire filing fee and administrative fee, therefore,

**IT IS ORDERED** that the fees be paid directly to the United States Bankruptcy Court according to the following schedule:

95.00 with the filing of the petition and the balance of 240.00 to be paid as follows:

80.00   on or before October 31, 2016

80.00   on or before November 29, 2016

80.00   on or before December 29, 2016

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any property to an attorney or any other person for services in connection with this case.

**IT IS FURTHER ORDERED** that any application by the debtor(s) to convert the case to another chapter, prior to the filing fee being paid in full, must be accompanied either by the balance of the filing fee or an application to pay the filing fee in installments in the new chapter provided that the balance of all fees shall be paid not later than one–hundred twenty (120) days from the date of the petition, unless otherwise ordered.

**IT IS FURTHER ORDERED** that, should this case be dismissed for any reason prior to the fees being paid in full, the balance of the fees will be due within ten (10) days after the entry of the order of dismissal.

**AND IT IS SO ORDERED**

United States Bankruptcy Judge

United States Bankruptcy Court
District of South Carolina

In re:  
VITO ANTONIO LAERA  
    Debtor

Case No. 16-04887-hb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0420-7     User: henton     Page 1 of 1     Date Rcvd: Sep 30, 2016  
                 Form ID: 174BNC     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.  
db          VITO ANTONIO LAERA,    Calle 2da #15 interior,    Entre Estrada Palma y Central,    MAMBI GUANABACOA,    Habana, Cuba, CU   00000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:  
        John K Fort     trustee863@gmail.com, SC01@ecfcbis.com  
        US Trustee's Office     USTPRegion04.CO.ECF@usdoj.gov  
                                                                                                             TOTAL: 2